STATE of Missouri, Department of Social Services, Family Support Division, and Sheila McCollom, Respondents,

v.

Joseph McCOLLUM, Appellant.

No. ED 97136.

Missouri Court of Appeals, Eastern District, Division One.

March 20, 2012.

Joseph McCollum, Bonne Terre, MO, pro se.

Anne Marie Zemenick, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Joseph McCollom appeals the trial court's order denying a motion for modification of child support filed by the State of Missouri, Department of Social Services, Family Support Division.

We have reviewed Appellant's brief[1] and the record on appeal and find no error

1. Neither Respondent filed a brief in this matter.

of law. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).